UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FARENCO SHIPPING CO LTD | § | |
| | § | CIVIL ACTION |
| Plaintiff, | § | NO.  **12-2544** |
| | § | |
| v. | § | JUDGE: |
| | § | |
| | § | MAGISTRATE:  **SECT. A MAG. 2** |
| | § | |
| FARENCO SHIPPING PTE LTD, | § | |
| OCEAN GREAT INDUSTRIAL LTD., | § | |
| TEAMZONE LTD., and LIU SONG | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| NORTON LILLY | § | |
|    agent for the vessel M/V Ocean Shanghai | § | |
|    and Defendants | § | |
|        Solely as Garnishee. | § | |

## WRIT OF ATTACHMENT

TO:   UNITED STATES MARSHAL
       UNITED STATES DISTRICT COURT
       EASTERN DISTRICT OF LOUISIANA

A Verified Complaint in the above-styled *in personam* proceeding was filed in the United

States District Court for the Eastern District of Louisiana on October 18, 2012.

Pursuant to Louisiana nonresident attachment statute, La. Civ. P. art 3501 *et seq.*, you are

**HEREBY ORDERED** to attach the defendants' vessel, M/V OCEAN SHANGHAI, her

engines, tackle, equipment and furnishings, and all other necessaries thereunto belonging or

appertaining.  This Writ of Attachment shall not stop, at the risk and expense of the vessel's

1

interests, normal operations, including, but not limited to, any inspections by the United States Coast Guard or others, cargo handling, or repairs to the vessel and the vessel may shift to another berth within Port New Orleans, Louisiana.

ORDERED at New Orleans, Louisiana, this _19_ day of October, 2012.

LORETTA G. WHYTE

CLERK, UNITED STATES DISTRICT COURT

2