UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FARENCO SHIPPING CO. LTD | § | |
| | § | CIVIL ACTION |
| Plaintiff, | § | NO.  12-2544 |
| | § | |
| v. | § | SECTION "A" |
| | § | |
| | § | MAGISTRATE "2" |
| | § | |
| FARENCO SHIPPING PTE LTD, | § | |
| OCEAN GREAT INDUSTRIAL LTD., | § | |
| TEAMZONE LTD., and LIU SONG | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| NORTON LILLY | § | |
| agent for the vessel M/V Ocean Shanghai | § | |
| and Defendants | § | |
| Solely as Garnishee. | § | |

**GARNISHMENT INTERROGATORIES**

**TO:**

Norton Lilly International, Inc.
One Canal Place, 365 Canal St., Ste. 2810
New Orleans, LA 70130

Pursuant to Supplemental Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure and the Writ of Attachment and Garnishment ("Writ") issued by the Honorable Clerk of the United States District Court for the Eastern District of Louisiana, you are hereby served with these interrogatories that are to be answered categorically under oath and in writing within 20 days from service of process.

1

1.   Are you indebted to any one or more of defendants herein, either singly or in any combination, in a sum sufficient to satisfy the Writ amount of $69,191,237.87?

2.  Have you in your hands, on deposit, or under your control, not exempt by law from seizure, any money, rights, credits, property, or effects of any description whatsoever belonging to any defendant named herein, to wit, FARENCO SHIPPING PTE LTD, OCEAN GREAT INDUSTRIAL LTD., TEAMZONE LTD., LIU SONG, and/or the M/V OCEAN SHANGHAI? If yes, please state the amount and description of said money, rights, credits, property or effects of any description whatsoever as to each defendant.

3.  Are you indebted to any one or more of defendants herein, to wit, FARENCO SHIPPING PTE LTD, OCEAN GREAT INDUSTRIAL LTD., TEAMZONE LTD., LIU SONG, and/or the M/V OCEAN SHANGHAI, either singly or in any combination, in any amount?   If yes, please state the amount as to each defendant.

4.  Have you, since the service of these interrogatories, paid or transferred to FARENCO SHIPPING PTE LTD, OCEAN GREAT INDUSTRIAL LTD., TEAMZONE LTD., LIU SONG, and/or the M/V OCEAN SHANGHAI money, rights, credits, property, or effects of any description whatsoever, or caused the same to be done, or had any transaction whatsoever with FARENCO SHIPPING PTE LTD, OCEAN GREAT INDUSTRIAL LTD., TEAMZONE LTD., LIU SONG, and/or the M/V OCEAN SHANGHAI?  If yes, state in narrative form and including dates and amounts of what any such transaction consisted.

5.   Are you holding, whether in trust or otherwise, any funds on behalf of FARENCO SHIPPING PTE LTD, OCEAN GREAT INDUSTRIAL LTD., TEAMZONE LTD., LIU SONG, and/or the M/V OCEAN SHANGHAI to be paid to third parties for services or goods for the benefit of FARENCO SHIPPING PTE LTD, OCEAN GREAT INDUSTRIAL LTD.,

TEAMZONE LTD., LIU SONG, and/or the M/V OCEAN SHANGHAI, including, but not limited to, funds for assist tug services, port charges, tariffs, fuel, stores, repairs, pilotage, wages, or services or effects of any description whatsoever?  If yes, please state the nature and amount of any funds so held.

In answering these interrogatories, please restate each interrogatory in full before the corresponding answer, and please serve the original answers upon plaintiff's counsel signing below.  ANSWERS MUST BE SIGNED AND NOTARIZED.

Respectfully submitted,

*/s/Patrick H. Patrick*
Laurence R. DeBuys IV (14202)
Patrick H. Patrick, T.A.  (14297)
Stephen E. Mattesky (09046)
PATRICK MILLER LLC
400 Poydras Street, Suite 1680
New Orleans, Louisiana   70130
Telephone:  (504) 527-5400
Facsimile:   (504) 527-5456
E-mail: ppatrick@patrickmillerlaw.com


Of counsel

_____
James H. Power
Warren E. Gluck
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 513-9010
E-mail: james.power@hklaw.com
E-mail: warren.gluck@hklaw.com
*pro hac vice* pending

PLEASE SERVE:
Norton Lilly International, Inc.
One Canal Place, 365 Canal St., Ste. 2810
New Orleans, LA 70130

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel of record by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 26 day of October, 2012 and/or by notification via e-filing.

s/ Patrick H. Patrick
Patrick H. Patrick