# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FARENCO SHIPPING CO LTD.** | CIVIL ACTION |
| VERSUS | NUMBER:  12-2544 |
| **FARENCO SHIPPING PTE LTD., OCEAN GREAT INDUSTRIAL LTD., TEAMZONE LTD., and LIU SONG** | SECTION:  "A" – (2) |
| | JUDGE: JAY C. ZAINEY |
| | MAGISTRATE JUDGE: JOSEPH C. WILKINSON, JR |

## MOTION TO VACATE ATTACHMENT AND/OR TO DISMISS FOR LACK OF JURISDICTION OR, ALTERNATIVELY, TO SET SECURITY

**NOW INTO COURT,** through undersigned counsel, comes Ocean Great Industrial Ltd. and moves this Court to vacate the attachment and/or to dismiss for lack of jurisdiction or, alternatively, to set security, for the reasons detailed in the accompanying memorandum.

RESPECTFULLY SUBMITTED,

**PHELPS DUNBAR LLP**

BY:   */s/ Gary A. Hemphill*
          GARY A. HEMPHILL (#6768 )
          Canal Place
          365 Canal Street • Suite 2000
          New Orleans, Louisiana 70130-6534
          Telephone: (504) 566-1311
          Telecopier: (504) 568-9130
          Email:  hemphilg@phelps.com

1

ATTORNEY FOR OCEAN GREAT
INDUSTRIAL LTD.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed on this 29th day of October, 2012 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/ Gary A. Hemphill
GARY A. HEMPHILL

2

PD.7938883.1