UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FARENCO SHIPPING CO LTD  Plaintiff, | CIVIL ACTION NO. 12-2544 |
| v. | SECTION: "A" - (2) |
| | JUDGE: JAY C. ZAINEY |
| FARENCO SHIPPING PTE LTD, OCEAN GREAT INDUSTRIAL LTD., TEAMZONE LTD., and LIU SONG  Defendants. | MAGISTRATE: ALMA CHASEZ |

**ORDER**

It appearing to the Court that defendant's Motion for Admission *Pro Hac Vice* is well-taken, it is

**ORDERED** that James H. Power be and is hereby admitted to the bar of this Court *pro hac vice* on behalf of Farenco Shipping Co., Ltd. in the above-described action.

**THUS DONE AND SIGNED** at New Orleans, Louisiana, on this  8th  day of ___November___, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE