

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 12-31154

CV 12-2544 -A

FARENCO SHIPPING COMPANY, LIMITED,

    Plaintiff - Appellant

v.

FARENCO SHIPPING PTE, LIMITED; OCEAN GREAT INDUSTRIAL, LIMITED; TEAMZONE, LIMITED; LIU SONG,

    Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JOLLY and GRAVES, Circuit Judges.*

PER CURIAM:

    IT IS ORDERED that appellant's motion for stay pending appeal is GRANTED. The writs of attachment pertaining to the M/V OCEAN SHANGHAI will be vacated in accordance with Fed. R. Civ. P. 62(a). On December 3, 2012, at 4:00 p.m., in absence of a further stay issued by this court, the Marshal or a substitute custodian is ORDERED to relinquish control of the vessel so that it may return to maritime commerce.

    *This order is being entered by a quorum of this court pursuant to 28 U.S.C. Section 46(d).

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana   NOV 19 2012

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 19, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-31154    Farenco Shipping Co., Ltd. v. Farenco
                             Shipping Pte, Ltd., et al
    USDC No. 2:12-CV-2544

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cindy M. Broadhead, Deputy Clerk
504-310-7707

Mr. Gary Alan Hemphill
Mr. Patrick H. Patrick
Ms. Loretta Whyte

P.S. to Counsel: The briefing schedule will issue once the notice of certified record on appeal is received from the district court clerk.