UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FARENCO SHIPPING CO LTD | § | |
| | § | CIVIL ACTION |
| Plaintiff, | § | NO. 12-2544 |
| | § | |
| v. | § | SECTION: "A" - (2) |
| | § | |
| | § | JUDGE: JAY C. ZAINEY |
| | § | |
| FARENCO SHIPPING PTE LTD, | § | MAGISTRATE: ALMA CHASEZ |
| OCEAN GREAT INDUSTRIAL LTD., | § | |
| TEAMZONE LTD., and LIU SONG | § | |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |

## **VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS**

Now comes plaintiff Farenco Shipping Co., Ltd. ("Plaintiff") who voluntarily dismisses its claims with prejudice against defendants Farenco Shipping Pte Ltd., Ocean Great Industrial Ltd., Teamzone Lts., and Liu Song ("Defendants"), in accordance with FRCP 41(a)(1)(A)(i), as Plaintiff and Defendants have settled their dispute.  However in the absence of a global settlement concerning all interested parties with respect to the captioned matter, Plaintiff's appeal of Rec. Doc. 36 remains active and ongoing.

                 Respectfully submitted,

                 *s/Patrick H. Patrick*
                 Patrick H. Patrick, T.A.  (14297)
                 Laurence R. DeBuys IV (14202)
                 Stephen E. Mattesky (09046)
                 PATRICK MILLER LLC
                 400 Poydras Street, Suite 1680
                 New Orleans, Louisiana   70130
                 Telephone:  (504) 527-5400
                 Facsimile:   (504) 527-5456
                 E-mail: ppatrick@patrickmillerlaw.com

        James H. Power, Esq.
Warren E. Gluck, Esq.
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 513-3200
Facsimile: (212) 513-9010
E-mail: james.power@hklaw.com
E-mail: warren.gluck@hklaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served on all parties or their counsel of record, either via ECF, facsimile transmission, hand delivery, or by placing a copy of same in the United States mail, postage prepaid and properly addressed, this 28th day of November, 2012.

*s/Patrick H. Patrick*
PATRICK H. PATRICK